IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SY LEE CASTLE, | ) | No. C 12-2193 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | PLAINTIFF'S MOTION TO |
| vs. | ) | AMEND; DENYING |
| | ) | DEFENDANT'S MOTION FOR |
| | ) | EXTENSION OF TIME; |
| M. SEPULVEDA, | ) | DENYING PLAINTIFF'S FOR |
| | ) | EXTENSION OF TIME |
| Defendant. | ) | |
| | ) | (Doc. Nos. 8, 10, 12.) |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983, against Dr. M. Sepulveda. The Court issued an order of service on August 12, 2012. (Doc. No. 6.) Plaintiff has filed a motion requesting permission to amend the complaint. (Doc. No. 8.) A plaintiff may amend the complaint "once as a matter of course within [] 21 days after serving it." Fed. R. Civ. P. 15(a)(1)(A). But, if the complaint requires a responsive pleading, a plaintiff may amend the complaint "21 days after service of a responsive pleading, or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). In all other cases, a plaintiff must obtain the defendant's consent or leave of Court to amend a complaint. Fed. R. Civ. P. 15(a)(2). Defendant has indicated that he "does not oppose Plaintiff's motion to amend[.]" (Doc. No. 10 at 2.) Thus, the Court **GRANTS** Plaintiff leave to amend his complaint. See *id.* ("The court should freely give leave [to amend] when justice so requires."). Plaintiff shall file an **AMENDED COMPLAINT** within thirty days from

the date this order is filed. The amended complaint must include the caption and civil case number used in this order (C 12-2193 LHK (PR)) and the words AMENDED COMPLAINT on the first page. **Failure to file an amended complaint within thirty days and in accordance with this order will result in the Court proceeding with the cognizable claim found in Plaintiff's original complaint.** Plaintiff is advised that an amended complaint supersedes the original complaint. "[A] plaintiff waives all causes of action alleged in the original complaint which are not alleged in the amended complaint." *London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981). The briefing schedule set forth in the Court's order dated August 12, 2012 is **VACATED** pending further order of the Court.

Additionally, Plaintiff has filed a motion for extension of time to respond to Defendant's answer to his complaint (Doc. No. 12), and Defendant has filed a motion for extension of time to file a dispositive motion to the complaint. (Doc. No. 10.) Both Plaintiff's and Defendant's motions are **DENIED** as moot.

This order terminates docket numbers 8, 10 and 12.

IT IS SO ORDERED.

DATED:   11/8/12

LUCY H. KOH
United States District Judge