IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>    Plaintiff,<br><br> vs.<br><br>M. SEPULVEDA,<br><br>    Defendant. | No. C 12-2193 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND; DENYING DEFENDANT'S MOTION FOR EXTENSION OF TIME; DENYING PLAINTIFF'S FOR EXTENSION OF TIME<br><br>(Doc. Nos. 8, 10, 12.) |

  Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983, against Dr. M. Sepulveda. The Court issued an order of service on August 12, 2012. (Doc. No. 6.) Plaintiff has filed a motion requesting permission to amend the complaint. (Doc. No. 8.) A plaintiff may amend the complaint "once as a matter of course within [] 21 days after serving it." Fed. R. Civ. P. 15(a)(1)(A). But, if the complaint requires a responsive pleading, a plaintiff may amend the complaint "21 days after service of a responsive pleading, or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). In all other cases, a plaintiff must obtain the defendant's consent or leave of Court to amend a complaint. Fed. R. Civ. P. 15(a)(2). Defendant has indicated that he "does not oppose Plaintiff's motion to amend[.]" (Doc. No. 10 at 2.) Thus, the Court **GRANTS** Plaintiff leave to amend his complaint. See *id.* ("The court should freely give leave [to amend] when justice so requires."). Plaintiff shall file an **AMENDED COMPLAINT** within thirty days from

1 the date this order is filed.  The amended complaint must include the caption and civil case
2 number used in this order (C 12-2193 LHK (PR)) and the words AMENDED COMPLAINT on
3 the first page.  **Failure to file an amended complaint within thirty days and in accordance**
4 **with this order will result in the Court proceeding with the cognizable claim found in**
5 **Plaintiff's original complaint.**  Plaintiff is advised that an amended complaint supersedes the
6 original complaint.  "[A] plaintiff waives all causes of action alleged in the original complaint
7 which are not alleged in the amended complaint." *London v. Coopers & Lybrand*, 644 F.2d 811,
8 814 (9th Cir. 1981).  The briefing schedule set forth in the Court's order dated August 12, 2012
9 is **VACATED** pending further order of the Court.

10        Additionally, Plaintiff has filed a motion for extension of time to respond to Defendant's
11 answer to his complaint (Doc. No. 12), and Defendant has filed a motion for extension of time to
12 file a dispositive motion to the complaint. (Doc. No. 10.) Both Plaintiff's and Defendant's
13 motions are **DENIED** as moot.

15        This order terminates docket numbers 8, 10 and 12.
16        IT IS SO ORDERED.
17 DATED:   11/8/12
                                              _____
18                                            LUCY H. KOH
                                              United States District Judge

Order Granting Motion to Amend; Denying Extensions of Time
G:\PRO-SE\SJ.LHK\CR.12\Castle193amend-eots.wpd   2