IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SY LEE CASTLE, | ) | No. C 12-2193 LHK (PR) |
| Plaintiff, | ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| vs. | ) | |
| M. SEPULVEDA, | ) | |
| Defendant. | ) | (Doc. No. 18.) |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983, against Dr. M. Sepulveda. On August 12, 2012, the Court ordered service upon Defendant. (Doc. No. 6.) On November 21, 2012, the Court set a briefing schedule. (Doc. No. 16.) Plaintiff has filed a motion for appointment of counsel. (Doc. No. 18.)

Plaintiff's motion for appointment of counsel is **DENIED** for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The issues in this case are not particularly complex, and Plaintiff has thus far been able to adequately present his claims. This denial is without prejudice to the Court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment. The Court would like to remind Plaintiff that this is not a class action suit.

This order terminates docket no. 18.

Order Denying Motion for Appointment of Counsel
G:\PRO-SE\SJ.LHK\CR.12\Castle193deny-atty.wpd

IT IS SO ORDERED.

DATED: 1/9/13

_____
LUCY H. KOH
United States District Judge