1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SY LEE CASTLE, | ) | No. C 12-2193 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER DENYING |
| | ) | PLAINTIFF'S MOTION TO |
| v. | ) | COMPEL DISCOVERY |
| | ) | |
| M. SEPULVEDA, | ) | (Docket No. 27) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C.

§ 1983.  Before the Court is Plaintiff's motion to compel discovery.  The Court may grant a

motion to compel discovery only after Plaintiff satisfies the "meet and confer" requirements of

the discovery rules.  *See* Fed. R. Civ. P. 37(a)(2)(A) (providing that a motion to compel must

include certification that movant has in good faith conferred and attempted to confer with non-

disclosing party in effort to secure disclosure without court action); N.D. Cal. Civ. R. 37-1

(same).  Because Plaintiff is detained, however, he is not required to meet and confer with

Defendant in person.  Rather, if his discovery requests are denied, and he intends to seek a

motion to compel, he must send a letter to Defendant to that effect, offering Defendant one last

opportunity to provide him with the sought-after information.  Here, Plaintiff has not filed the

requisite certification showing that he has met and conferred with Defendant about any non-

disclosure.  Thus, Plaintiff's motion to compel is DENIED without prejudice as premature.

IT IS SO ORDERED.

DATED:   5/1/13

LUCY H. KOH
United States District Judge