IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>      Plaintiff,<br><br> v.<br><br>M. SEPULVEDA,<br><br>      Defendant. | No. C 12-2193 LHK (PR)<br><br>ORDER DENYING<br>PLAINTIFF'S MOTION TO<br>COMPEL DISCOVERY<br><br>(Docket No. 27) |

      Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion to compel discovery. The Court may grant a motion to compel discovery only after Plaintiff satisfies the "meet and confer" requirements of the discovery rules. *See* Fed. R. Civ. P. 37(a)(2)(A) (providing that a motion to compel must include certification that movant has in good faith conferred and attempted to confer with non-disclosing party in effort to secure disclosure without court action); N.D. Cal. Civ. R. 37-1 (same). Because Plaintiff is detained, however, he is not required to meet and confer with Defendant in person. Rather, if his discovery requests are denied, and he intends to seek a motion to compel, he must send a letter to Defendant to that effect, offering Defendant one last opportunity to provide him with the sought-after information. Here, Plaintiff has not filed the requisite certification showing that he has met and conferred with Defendant about any non-disclosure. Thus, Plaintiff's motion to compel is DENIED without prejudice as premature.

1  IT IS SO ORDERED.

2  DATED:  5/1/13

_____
LUCY H. KOH
United States District Judge