IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SY LEE CASTLE, | ) | No. C 12-2193 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DR. M. SEPULVEDA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has granted Defendant's motion for summary judgment. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.
DATED: 7/16/13

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\CR.12\Castle193jud.wpd